(102 So. 598)

Alva ALEXANDER v. STATE. (6 Div. 504.)

(Court of Appeals of Alabama. Jan. 13, 1925.)

Appeal from Circuit Court, Winston County; R. L. Blanton, Judge.

Violating prohibition law.

FOSTER, J. Reversed and remanded, on the authority of Arch Alexander v. State, ante, p. 432, 102 So. 597.